# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELONZA JESSE TYLER, | Case No. 1:17-cv-01376-SAB-HC |
|---|---|
| Petitioner, | ORDER DENYING AS MOOT PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| THE SUPERIOR COURT OF SAN BERNARDINO COUNTY, | (ECF No. 4) |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 20, 2017, the Court received the instant application to proceed in forma pauperis. (ECF No. 4). The Court previously authorized Petitioner to proceed in forma pauperis on October 16, 2017. (ECF No. 2).

Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed in forma pauperis is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **October 23, 2017**

UNITED STATES MAGISTRATE JUDGE